IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES TRONKA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALFON DATA SERVICES GROUP, LLC,<br><br>Defendant. | Civil Action No. 2:23-CV-01317-RJC<br><br>Judge Robert C. Colville |

**ORDER APPROVING SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE**

After a review of Plaintiff's Unopposed Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice, the Settlement Agreement, and the Declarations of Plaintiff's Counsel, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act.

It is therefore this 22nd day of January 2025 Ordered and Adjudged as Follows:

1.      The Proposed Settlement is APPROVED, including, but not limited to, the Service Award, attorneys' fees and costs to Collective Counsel, and Notice Process.

2.      That for purposes of settlement a FLSA collective action is certified, consisting of the following:

> The "Settlement Collective" or the "Collective" consists of all current or former hourly call-center employees who worked for Qualfon in a position involved in customer service, anywhere in the Commonwealth of Pennsylvania, at any time from August 30, 2020, through the date of approval of the Settlement by the Court, who were identified in the timekeeping and payroll data produced by Qualfon for purposes of facilitating the Parties' settlement discussions and the Named Plaintiff.

IT IS FURTHER ORDERED that:

18

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement Agreement;

- CPT Group will serve as "Settlement Administrator" in providing notice, claim process and administration services under the Settlement Agreement;

- Named Plaintiff is appointed as the representative for the Settlement Collective Members; and

- Plaintiff's Counsel are approved as Collective Counsel for the Settlement Collective Members.

IT IS FURTHER ORDERED that the form and content of the Notice of Proposed Settlement and the Claim Form attached to the Motion to Approve Settlement are adequate, proper, comport with Due Process, and they are hereby approved and authorized for distribution to the Putative Collective Members;

IT IS FURTHER ORDERED that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, moderate extensions of time that do not alter effective dates, and minor changes to other exhibits that they jointly agree are reasonable or necessary.

IT IS FURTHER ORDERED that this case be and is DISMISSED with Prejudice and without attorneys' fees or costs, except as provided in the Settlement Agreement.

/s/Robert J. Colville
Hon. Robert J. Colville
United States District Judge

19